***E-FILED - 12/8/09***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEDDINO JOHNSON, ) | No. C 09-2983 RMW (PR) |
| Plaintiff, ) | JUDGMENT |
| v. ) | |
| R.S. WARREN and BRAD SMITH, ) | |
| Defendants. ) | |

The court has dismissed the instant complaint. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 12/7/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.09\Johnson983jud.wpd         1